UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ROY SYLVESTER PARROTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:03-CV-26-RLY-WGH |
| | ) | |
| DOUGLAS GEHRKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER TO THE PLAINTIFF'S AMENDED COMPLAINT

Come now the defendants Gehrke, Stone and Girton, by counsel, and for their response to the plaintiff's amended complaint say and allege as follows:

The defendants Gehrke, Stone and Girton adopt and incorporate by reference the Answer which they filed in this cause on June 26, 2003 as their Answer to the plaintiff's Amended Complaint.

WHEREFORE, the defendants Gehrke, Stone and Girton respectfully pray that the plaintiff take nothing by way of his Amended Complaint, that the Amended Complaint and this action in its entirety be dismissed with prejudice, that judgment be entered in favor of the

defendants and against the plaintiff, that the costs of this action be taxed against the plaintiff, and for all other relief just and proper in the premises.

Respectfully submitted,

SUSAN W. BROOKS
UNITED STATES ATTORNEY

By: _____
Gerald A. Coraz
Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing ANSWER TO THE PLAINTIFF'S AMENDED COMPLAINT, upon the plaintiff herein by mailing a copy thereof to the following on this 23rd day of July, 2003.

Roy Sylvester Parrott
# 295932
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219

_____
Gerald A. Coraz
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
(317) 226-6333

2