UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROY SYLVESTER PARROTT,           )<br>                                                     )<br>          Plaintiff,                        )<br>     vs.                                          )          No. 2:03-cv-0026-RLY-WGH<br>                                                     )<br>UNITED STATES OF AMERICA,  )<br>                                                     )<br>          Defendant.                     ) | |

### Entry Discussing Request to Proceed on Appeal In Forma Pauperis

The plaintiff's request for leave to proceed on appeal *in forma pauperis* is **denied.** An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith.  28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438, 82 S. Ct. 917 (1962).  "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *Id.* There is no objectively reasonable argument which the plaintiff could present to argue that the disposition of this action was erroneous. In pursuing an appeal, the plaintiff "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000).

**IT IS SO ORDERED.**

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date:  03/02/2006

Copies to:

Roy Sylvester Parrott, No. 295932, Wallens Ridge State Prison, P.O. Box 759, Big Stone Gap, VA  24219

Gerald A. Coraz, Office of the United States Attorney, 10 West Market Street, Suite 2100, Indianapolis, IN  46204-3048