UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ROY SYLVESTER PARROTT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:03-CV-26-RLY-WGH |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |

## SUGGESTION OF DEATH

Comes now the United States of America, by counsel, pursuant to Rule 25, Fed. R. Civ. P. and this Court's Entry dated November 21, 2008, and advises the Court that the United States has been advised that the plaintiff in this action, Roy Sylvester Parrott, died on November 12, 2008.

A copy of Mr. Parrott's death certificate is attached as an exhibit to this notice.

Respectfully submitted,

TIMOTHY M. MORRISON
United States Attorney


By: s/Gerald A. Coraz
    Gerald A. Coraz
    Assistant United States Attorney


Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
(317) 226-6333