# United States Court of Appeals

## For the Seventh Circuit

## Chicago, Illinois 60604

### NOTICE OF RECORD RETURN

**DATE:**   February 26, 2009

**TO:**   Laura A. Briggs
United States District Court
Southern District of Indiana
Terre Haute Division
207 Federal Building
Terre Haute, IN  47808
USA


**FROM:**   Clerk of the Court

**RE:**   06-1489
Parrott, Roy S. v. USA
03 C 26, Richard L. Young, Judge


The mandate or agency closing letter in this cause issued on 9/22/08.

Returned herewith is the record which was transmitted to this court.


**ENCLOSED:**

```
[ ]                  Volumes Administrative Record
[3]                  Volumes Pleadings
[1]                  Volumes Loose Pleadings
[ ]                  Volumes Transcripts
[ ]                  Volumes Exhibits
[ ]                  Volumes Depositions
[ ]                  In Camera material
[ ]                  Other:_____
                           _____
```

Please acknowledge receipt of these documents on the enclosed copy of this notice.

---------------------------------------------------------------------

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date:  _March 3, 2009_

(1073-042591)

_Vicki Steward_
Deputy Clerk, U.S.  District Court
or Agency Representative